IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| DONALD VAIL, *et al.*, <br>     Plaintiffs, <br> <br> v. <br> <br> SMARTERFUEL SOUTH, LLC, *et al.*, <br>     Defendants. | ) <br> ) <br> ) <br> )  CIVIL ACTION NO. 13-00277-KD-N <br> ) <br> ) <br> ) |

**ORDER**

After due and proper consideration the issues raised, and there having been no objections filed, the Report and Recommendation (Doc. 18) of the Magistrate Judge made under 28 U.S.C. § 636(b)(1)(B) and dated September 9, 2013, is **ADOPTED** as the opinion of this Court. Accordingly, it is **ORDERED** that the Plaintiffs' Motion to Remand (Doc. 10) is **GRANTED** and that this case be **REMANDED** to the Circuit Court of Marengo County, Alabama, from whence it came.

**DONE** and **ORDERED** this the **25**th day of **September 2013**.

        /s/ Kristi K. DuBose
        **KRISTI K. DuBOSE**
        **UNITED STATES DISTRICT JUDGE**